UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY ANN LOCKHART, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Docket No. 06-cv-160-P-S |
| ) | |
| PHILIP G. SMITH, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER REGARDING STAY PENDING APPEAL**

At the close of yesterday's evidentiary hearing, Respondent Philip Smith moved orally for the Court to stay its decision to grant the Hague Petition (Docket # 1) in order to allow Smith to file an appeal of this decision. As the Court noted on the record, it has concluded that there is no basis for a stay pending appeal in accordance with Federal Rule of Civil Procedure 62. In the Court's assessment, the Respondent cannot show he is likely to prevail on the merits of the appeal. Moreover, the Court notes that a stay would frustrate the Hague Convention's goal of promptly returning the children to their country of habitual residence. Based on the evidence presented to this Court, G.T.S. and S.P.S. have been wrongfully retained in the United States for over three months. During that time they have not been attending school and have been required to stay in multiple locations with various caretakers. Under these circumstances, the Court concludes that further delaying the return of G.T.S. and S.P.S. to their home and school in Canada runs the real risk of irreparable harm to these young children.

Despite the Court's conclusion that a stay pending appeal is not warranted on this record, the Court will GRANT Respondent a stay so that he may present his request for a stay pending appeal to the First Circuit in accordance with Federal Rule of Appellate Procedure 8. Therefore, the Court hereby STAYS its previously filed Order granting Petitioner's Hague Petition and returning G.T.S. and S.P.S. to Canada, their country of habitual residence. In order for this Stay to remain in effect, Respondent shall file his Notice of Appeal as soon as possible and no later than noon on October 23, 2006.

Absent some further order of this Court or an extension by the First Circuit, this Stay shall automatically expire at 5 PM on October 27, 2006. In accordance with this Court's October 11, 2006 Order of Temporary Custody (Docket # 8), G.T.S. and S.P.S. shall remain in the custody of Charles and Mary Anne Smith subject to all of the terms and conditions contained in the October 11, 2006 Order. However, absent any further stay, Charles and Mary Anne Smith shall return G.T.S. and S.P.S. to the custody of Kimberly Lockhart at 5 PM on October 27, 2006 in accordance with the Court's Order Granting the Hague Petition

SO ORDERED.

/s/ George Z. Singal
Chief United States District Judge

Dated at Portland, Maine, this 20th day of October 2006.